IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:11-CR-296-ODE |
| | : | SUPERSEDING |
| REBECCA MERCER | : | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that the government moves to dismiss the Superseding Information filed July 28, 2011, charging violation of Title 18 U.S.C. Section 1343, and moves that this Superseding Information be dismissed without prejudice as to REBECCA MERCER, and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: _____
BERNITA B. MALLOY
ASSISTANT UNITED STATES ATTORNEY
(404) 581-6052
(404) 581-6181 (Fax)

Georgia Bar No. 718905

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

_____

### O R D E R

Now, to-wit, on the ___3___ day of ___August___ 2011, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 0 4 2011

Form USA 40-19-12
(Rev. 3/88)